United States Courts
Southern District of Texas
FILED
March 27, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § <br> v. § § <br> DESTIN SAURPY § <br> Defendant § | CRIMINAL NO. **4:25-cr-134** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Title 18, United States Code, § 922(o)
Illegal Possession of a Machine Gun

On or about June 1, 2024, in the Houston Division of the Southern District of Texas,

**DESTIN SAURPY**

did knowingly possess a **machine gun conversion device**, which is a combination of parts designed and intended for use in converting a weapon into a machine gun and is therefore a machine gun under Title 26 U.S.C. Section 5845(d).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO

Title 26, United States Code Section 5861(d) -
Possession of Unregistered Firearm

On or about June 1, 2024, in the Houston Division of the Southern District of Texas,

**DESTIN SAURPY**

knowingly possessed a firearm as defined under Title 26 U.S.C. Section 5845(a)(3), to-wit: **Multi-**

**caliber Plumcrazy Gen 2 AR-style SBR, SN Z18893**, a rifle having a barrel less than sixteen inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT THREE

Title 26, United States Code Section 5861(i) -
Illegal Possession of Firearm Unidentified by Serial Number

On or about June 1, 2024, in the Houston Division of the Southern District of Texas,

### DESTIN SAURPY

knowingly possessed a firearm, to-wit: a **5.56 millimeter x 45 millimeter AR-pistol**, not identified by a serial number as required by Chapter 53 of Title 26 United States Code.

In violation of Title 26, United States Code, Sections 5861(i) and 5871.

A TRUE BILL:

Original Signature on File

_____
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

By: _____
Assistant United States Attorney
Southern District of Texas